## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| SHERRY FLEACE            ) | |
| )                         | |
| PLAINTIFF                ) | |
| )                         | |
| v.                       ) | |
| )                         | CIVIL ACTION NO. 3:18-cv-700-RGJ |
| CIGNA GROUP INSURANCE, a/k/a LIFE ) | |
| INSURANCE COMPANY OF NORTH ) | |
| AMERICA                  ) | |
| )                         | |
| DEFENDANT                | |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Life Insurance Company of North America,[1] by counsel, hereby files this Notice of Removal to the United States District Court for the Western District of Kentucky, at Louisville, and states as follows:

1. On or about July 10, 2018, the Complaint in Case No. 18-CI-03969 was filed in Jefferson Circuit Court by Plaintiff against Defendant. Defendant was not made aware of this suit until September 28, 2018. The Summons, along with the Complaint, was not sent to Defendant's registered agent, was not directed to any individual and was mailed to a P.O. Box at a claims office. A copy of the Summons and Complaint, is attached hereto as Exhibit A and constitutes all process, pleadings and orders served to date in this action.

2. This Notice of Removal is filed within thirty (30) days after receipt of a copy of the Complaint and Summons in this action and Plaintiff is estopped from seeking remand of this matter on this basis.

---

[1] Cigna Group Insurance is a service mark only and does not exist as a legal entity.

3. This action is of a civil nature arising from Plaintiff's claim for an alleged breach of contract and involving a claim for disability benefits pursuant to an employee welfare benefit plan, specifically a short-term and long-term disability plan established by Plaintiff's employer. Plaintiff claims that he is entitled to disability benefits under the plan.

## FEDERAL QUESTION JURISDICTION

4. This is an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. §§ 1132 and 1144, inasmuch as the Complaint claims disability benefits provided by an employee welfare benefit plan, established or maintained by Plaintiff's employer and regulated by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, et seq. In the Complaint, Plaintiff explicitly seeks benefits provided under an employee disability benefit plan, specifically short-term disability benefits under an employee benefit plan established and maintained by her employer, Honeywell International, Inc. (Cmplt., ¶6).

5. ERISA preempts Plaintiff's state law claims and causes of action and provides exclusive federal remedies for resolution of claims relating to plan benefits by plan participants and beneficiaries, 29 U.S.C. §§ 1132 and 1144. Therefore, Plaintiff's claims are removable to this Court pursuant to 29 U.S.C. § 1441 as an action founded upon a claim or right arising out of the laws of the United States. An action relating to benefits provided by an ERISA plan is properly removable, even if the defense of ERISA preemption does not appear on the face of the Complaint. *See Metropolitan Life Ins. Co. v. Taylor,* 481 U.S. 58, 62-63, 107 S. Ct. 1542 (1987).

WHEREFORE, Defendant, Life Insurance Company of North America hereby gives notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, at Louisville.

Respectfully submitted,

/s/ Mitzi D. Wyrick
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, KY  40202-2898
502.589.5235

*Counsel for Life Insurance Company of North America*

### CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert A. Florio
1500 Story Avenue
Louisville, Kentucky 40206
*Counsel for Plaintiff*

/s/ Mitzi D. Wyrick
Mitzi D. Wyrick

61777864.1