UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| SHERRY FLEACE | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:18-cv-00700-RGJ |
| CIGNA GROUP INSURANCE, a/k/a LIFE | ) |
| INSURANCE COMPANY OF NORTH | ) |
| AMERICA | ) |
| | ) |
| DEFENDANT | ) |

## AGREED ORDER OF DISMISSAL

Plaintiff, Sherry Fleace, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

Respectfully submitted,

/s/Robert A. Florio (by DAC with permission)         /s/ David A. Calhoun
Robert A. Florio                                                           David A. Calhoun
1500 Story Avenue                                                    Mitzi D. Wyrick
Louisville, KY  40206                                                WYATT, TARRANT & COMBS, LLP
                                                                                   500 West Jefferson Street
***Attorney for Plaintiff***                                         Suite 2800
                                                                                   Louisville, KY  40202-2898
                                                                                   502.589.5235

                                                                                   ***Counsel for Defendants***

61846124.1