UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| SHERRY FLEACE )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>) CIVIL ACTION NO. 3:18-cv-00700-RGJ<br>CIGNA GROUP INSURANCE, a/k/a LIFE )<br>INSURANCE COMPANY OF NORTH )<br>AMERICA )<br>)<br>DEFENDANT ) | |

**AGREED ORDER OF DISMISSAL**

Plaintiff, Sherry Fleace, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

Respectfully submitted,

/s/Robert A. Florio (by DAC with permission)  /s/ David A. Calhoun
Robert A. Florio                               David A. Calhoun
1500 Story Avenue                              Mitzi D. Wyrick
Louisville, KY  40206                          WYATT, TARRANT & COMBS, LLP
                                               500 West Jefferson Street
***Attorney for Plaintiff***                   Suite 2800
                                               Louisville, KY  40202-2898
                                               502.589.5235

                                               ***Counsel for Defendants***

61846124.1